NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE McGEE,               )
                                )
            Appellant,          )
                                )
v.                              )            Case No. 2D18-4168
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.

PER CURIAM.

           Affirmed.

CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.